630

of Appeals for the Tenth Circuit denied. *Messrs. Wm. J. Hughes, Jr.,* and *James F. Reilly* for petitioners. *Messrs. J. C. James, J. Q. Dier,* and *Bruce Scott* for respondents.

No. 60. INGRAM, TRUSTEE IN BANKRUPTCY, *v.* OREGON. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Peter Q. Nyce* for petitioner. *Messrs. I. H. Van Winkle* and *Willis S. Moore* for respondent.

No. 61. ZURICH GENERAL ACCIDENT & LIABILITY INS. Co., LTD. *v.* O'KEEFE. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Ralph F. Potter* and *George A. Bangs* for petitioner. *Mr. C. J. Murphy* for respondent.

No. 66. LIFE & CASUALTY INS. Co. *v.* FLORALA ET AL. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. P. M. Estes* and *Moreau P. Estes* for petitioner. *Mr. Francis J. Mizell* for respondents.

No. 67. BLUM *v.* DAVIS, TRUSTEE IN BANKRUPTCY. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Max Isaac* and *Robert J. Blum* for petitioner. *Mr. Walter T. Kinder* for respondent.